384 A.2d 980

Bazylak, et al., Appellants, v. City of McKeesport.

Argued November 22, 1977. Bert M. Moldovan, with him Samuel J. Goldstein, for

appellants; Mord C. Taylor, Jr., submitted a brief for appellee.

Judgment affirmed.